

FILED
GREAT FALLS
2009 JUL 29 PM 3 26
PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| ZACK CAINE HERRELL, | |
| Plaintiff, | No. CV 08-62-GF-SEH |
| vs. | **ORDER** |
| THOMAS W. LYNCH, SGT. NEWTON, and THE GREAT FALLS POLICE DEPARTMENT, | |
| Defendants. | |

On June 24, 2009, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 8.

Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo review of the record*, I find no clear error in Judge Strong's Findings and Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Claim against the Great Falls Police Department for inadequate hiring and supervision is DISMISSED WITH PREJUDICE.

2. Plaintiff's remaining claims shall proceed as outlined in Judge Strong's June 24, 2009 Order.

DATED this 29th day of July, 2009.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge